## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANICE JONES, | | |
| Plaintiff, | | **8:17CV163** |
| vs. | | |
| | | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ROBERT K. COX, Administrative Law Judge; JACQUELINE E. CRAWFORD-APPERSON, Vocational Expert; and DAVID G. BUELL, Administrative Law Judge, | | |
| Defendants. | | |

This matter is before the Court on plaintiff Janice Jones's ("Jones") Motion for Leave to Proceed In Forma Pauperis (Filing No. 2). Upon review, it appears that Jones is eligible to proceed in forma pauperis. *See* 28 U.S.C. § 1915. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2) is granted.

2. The Clerk of the Court shall send a copy of this order together with six summons forms and six copies of Form 285 to Jones for service of process on the United States.

3. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from Jones. In making such a request, Jones must complete the Marshal's Form 285 and the summons forms, and return them to the Clerk of Court. The Clerk of Court will sign the summons forms and forward them with a copy of Plaintiff's Complaint to the U.S. Marshal for service of process.

4. This order is entered without prejudice to the court later entering an order taxing costs in this case. This order does not relieve Jones from the obligation to pay or reimburse taxable costs after this action is over.

Dated this 16th day of May, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge