IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANICE JONES,

                Plaintiff,

    vs.

COMMISSIONER OF SOCIAL
SECURITY; ROBERT K. COX,
Administrative Law Judge; JACQUELINE
E. CRAWFORD-APPERSON, Vocational
Expert; and DAVID G. BUELL,
Administrative Law Judge,

                Defendants.

**8:17CV163**

**ORDER TO SHOW CAUSE**

This matter is before the Court on plaintiff Janice Jones's ("Jones") Complaint against the Commissioner of Social Security (Filing No. 1).

Under General Order No. 2015-05,[1] a plaintiff who wishes to challenge a final decision of the Commissioner of Social Security must move for an order reversing the Commissioner's decision within thirty days after the filing of the administrative record.

The Commissioner of Social Security filed the administrative record on July 24, 2017. Jones has not filed the required motion within the thirty day period or requested any extension of the deadline. Accordingly, Jones shall have until September 25, 2017, to show cause why her complaint should not be dismissed for failure to follow the required procedures.

IT IS SO ORDERED.

---

[1]The Honorable Laurie Smith Camp, Chief Judge of the United States District Court for the District of Nebraska, promulgated General Order No. 2015-05, also titled In the Matter of Procedures for Social Security Cases.

Dated this 11th day of September, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge