IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JANICE JONES, | |
|---|---|
| Plaintiff, | 8:17CV163 |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY; ROBERT K. COX, Administrative Law Judge; JACQUELINE E. CRAWFORD-APPERSON, Vocational Expert; and DAVID G. BUELL, Administrative Law Judge, | |
| Defendants. | |

This matter is before the Court on plaintiff Janice Jones's ("Jones") September 15, 2017, letter, which does not respond directly to the Order to Show Cause. Although Jones was previously mailed a copy of General Order No. 2015-05 (Filing No 3), she has not met the procedural requirements in a Social Security case set forth in the General Order. Accordingly, and because plaintiff is proceeding pro se,

IT IS ORDERED:
1. The Order to Show Cause (Filing No. 18) is terminated.
2. Jones shall have until October 16, 2017, to move for an order reversing the Commissioner of Social Security's decision and, in doing so, must comply with General Order 2015-05,[1] specifically paragraph 2 of that General Order.
3. The Clerk of Court shall mail Jones a copy of General Order No. 2015-05.

Dated this 19th day of September, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge

---

[1] Jones's failure to timely comply with the terms of this Order and with General Order No. 2015-05 may lead to dismissal of this action.