IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANICE JONES,<br><br>                  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security; ROBERT K. COX, Administrative Law Judge; JACQUELINE E. CRAWFORD-APPERSON, Vocational Expert; and DAVID G. BUELL, Administrative Law Judge,<br><br>                  Defendants. | 8:17CV163<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on plaintiff Janice Jones's ("Jones") Motion for Leave to Appeal In Forma Pauperis (Filing No. 28). That motion is granted, and Jones is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

        IT IS SO ORDERED.

Dated this 6th day of December, 2017.

                                                  BY THE COURT:

                                                  Robert F. Rossiter, Jr.
                                                  United States District Judge